United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**DEBBIE L. ALDRICH,**

       **Plaintiff,**

   **V.**                               **CASE NUMBER:    5:05-cv-890**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

**[ ]  Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the decision denying disability benefits is REVERSED and this matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings and that because the referral of this matter to a Magistrate Judge under local rule 72.3 has been RESCINDED, any appeal that a party takes from this Order shall be to the Court of Appeals for the Second Circuit.

      All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23rd day of May, 2008.

**DATE:    May 23, 2008**                      **LAWRENCE K. BAERMAN**
                                                             **CLERK OF COURT**

                                                              **s/**

                                                              **_____**
                                                              **By:   Lori M. Welch**
                                                                    **Deputy Clerk**